UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

    Plaintiff,

v.

DS BROS. LLC,

    Defendant.

Case No. 21-cv-07087-RS

**ORDER TO SHOW CAUSE**

Plaintiff has filed a motion for default judgment against Defendant concerning the accessibility of tables at Babylon, a business which appears to have shuttered. To effectuate the Court's "obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party," *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006), Plaintiff is ordered to show cause as to why this case should not be dismissed for lack of Article III standing. As the ADA allows private plaintiffs to sue only for injunctive relief, *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903, 905 (9th Cir. 2011), Plaintiff's response must outline the requisite threat of future injury or any remaining bases for injunctive relief on or before September 9, 2022. Failure to do so will result in a dismissal of this action with prejudice.

**IT IS SO ORDERED**.

Dated: August 29, 2022.

_____
RICHARD SEEBORG
Chief United States District Judge